Transportation Order-Sample 1

# United States District Court

Southern **DISTRICT OF** New York

UNITED STATES OF AMERICA

V.

Levanger Belcher

**ORDER**
Transportation for Person
Released Pending Judicial
Proceedings (18 USC 4285)

Case Number: 96-CR-0789

The defendant has been released pursuant to Chapter 207 of Title 18, United States Code. A condition of release requires defendant to appear before the United States District Court for the Southern District Florida District of _____, for further judicial proceedings. The Court finds the defendant is financially unable to provide the necessary transportation in order to appear before that court and the interests of justice would be served by providing the necessary transportation at the government's expense.

IT IS ORDERED that the United States marshal for this district provide the defendant with subsistence, if necessary, and noncustodial transportation by Government Travel Request or otherwise for the defendant's travel from New York, NY , _____ to Southern Disrict of Florida .

FURTHER, IT IS ORDERED that Levanager Belcher be permitted to board any plane for which he has a lawful ticket. Due to exigent circumstances, Mr. Levanger does not have any form of identification with him. This order serves as the Court's identification of the bearer of this Order as Mr. Belcher.

FURTHER, IT IS ORDERED that the Marshal shall provide Mr. Belcher with a copy of this Order for him to present to identify himself for purposes of return travel to his residence in Florida.

April 28, 2020
Date

Robert W. Lehrburger, United States Magistrate Judge
Name and Title of Judicial Officer

*[signature]*
Signature of Judicial Officer