UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America,                       :
                                                :   VOSR 96-cr-789 (AJN)-1
                     Plaintiff,  :
                                                :   **TRAVEL ORDER AND**
     - against -                              :   **ORDER MODIFYING TERMS**
                                                :   **OF RELEASE**
                                                :
Levanger Belcher,                               :
                                                :
                    Defendant.  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order replaces and supersedes the previous bail and travel orders dated May 1, 2020:

1. The U.S. Marshal shall arrange and pay for air transportation (or, if not feasible, the next best travel alternative) of Mr. Belcher to Miami, Florida to take place at the earliest possible date.

2. The U.S. Marshal, Defense Counsel and the Government shall cooperate to see that Mr. Belcher gets to the airport (or other such facility) and on his flight (or other such means of transport).

3. Mr. Belcher will be deemed released on his own recognizance at the point of his departure to Miami, Florida.

4. Upon arriving in Miami, Florida, Mr. Belcher shall seek and obtain shelter. Defense counsel will provide Mr. Belcher with name and contact information for potential shelters or places of accommodation.

5. Upon finding shelter, Mr. Belcher shall contact Probation Officer Wodeshick of the Southern District of New York at 917-337-4692; shall provide Mr. Wodeshick with his contact information and address; and shall follow the direction of Mr. Wodeshick and any other personnel from Probation in either the Southern District of Florida or the Southern District of New York.

6. Mr. Belcher shall appear for his next-ordered Court date, such date yet to be set.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2020
   New York, New York

2