UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| United States of America, | : |
| | : VOSR 96-cr-789 (AJN)-1 |
| Plaintiff, | : **SUPPLEMENTAL** |
| | : **TRAVEL ORDER AND** |
| - against - | : **ORDER MODIFYING TERMS** |
| | : **OF RELEASE** |
| | : |
| Levanger Belcher, | : |
| | : |
| Defendant. | : |

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Order supplements the Court's order of May 4, 2020 regarding Mr. Belcher. The person bearing this Order is Levanger Belcher of Miami, Florida. This Order shall serve as Mr. Belcher's identification for purposes of traveling to Miami, Florida, including by plane.  Mr. Belcher is otherwise without other identification and must be returned to Miami, Florida.  The airline (or other travel means) shall permit Mr. Belcher, the bearer of this Order, to board the plane (or other travel means).  A copy of this Order shall serve and operate as if it were the original.

                                                              SO ORDERED,

                                                               _____
                                                               ROBERT W. LEHRBURGER
                                                               UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2020
       New York, New York

1