**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020
```

May 8, 2020

**By ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Levanger Belcher*, 96 CR 789 (AJN)

Dear Judge Nathan:

      The defendant in the above-captioned case was arrested for violating the terms of his supervised release. He has since been released pursuant to bail conditions set by the Honorable Robert W. Lehrburger, United States Magistrate Judge. As part of those conditions, the defendant will reside in the Southern District of Florida.

      The Government writes to request a conference before the Court in approximately 60 days. Such a delay is appropriate in order to avoid the need for the defendant to travel from Florida to New York during the ongoing COVID-19 pandemic. Defense counsel does not object to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Andrew A. Rohrbach
      Assistant United States Attorney
      (212) 637-2345

CC: Xavier Donaldson, Esq. (By ECF)
     Paul Wodeshick, Probation Officer (By Email)

---

A conference in this matter is hereby scheduled for July 7, 2020 at 11:00 a.m. Two weeks in advance of the conference, the parties should submit a joint letter advising the Court whether the conference will proceed by videoconference or whether they seek further adjournment.
SO ORDERED.

SO ORDERED.   5/12/20

*[signature]*
Alison J. Nathan, U.S.D.J.