

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020
```

June 23, 2020

**By ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Levanger Belcher*, 96 CR 789 (AJN)

Dear Judge Nathan:

    The parties jointly and respectfully write to request a sixty-day adjournment of the conference in this case, currently scheduled for July 7, 2020. The parties are discussing a resolution of the specification in this case, and the adjournment will provide time for the parties to continue their discussions and for defense counsel to consult with the defendant. The defendant is currently released on bail and living in Florida.

> The status conference in this matter currently scheduled for July 7, 2020 is hereby adjourned to September 9, 2020 at 11:00 a.m. Two weeks in advance of the conference, the parties should submit a joint letter advising the Court whether they seek to conduct the proceeding by videoconference and whether they seek further adjournment.
> SO ORDERED.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

    CC: Xavier Donaldson, Esq. (By ECF)
         Paul Wodeshick, Probation Officer (By Email)

SO ORDERED.    6/25/20

Alison J. Nathan, U.S.D.J.