UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2020

United States of America,

–v–

Levanger Belcher,

Defendant.

96-cr-789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A status conference in this matter is scheduled for September 9, 2020, at 11:00 a.m. The conference will proceed telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. In addition, all participants are encouraged to wear headsets or headphones with microphones, as this will improve the audio quality. All those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge