UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

United States of America,

–v–

Levanger Belcher,

Defendant.

96-cr-789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As stated on the record at the conference today, the parties are directed to submit a joint status update by September 24, 2020.  If the status update indicates that the parties are prepared to proceed with a change of plea and sentencing at the conference scheduled for October 1, 2020, then the Defendant shall file his sentencing submission by September 25, 2020, and the Government shall file its submission by September 29, 2020.

SO ORDERED.

Dated: September 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge