UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      –v–

Levanger Belcher,

                 Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

96-cr-789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A conference on alleged violations of supervised release is scheduled for October 1, 2020 at 3:00 p.m. Per the parties' joint letter of September 24, 2020, the proceeding will be conducted by videoconference. The Court will separately provide the parties with instructions for accessing the Skype for Business platform. At 3:00 p.m. on October 1, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 165172780.

      SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                                                   _____
                                                                   ALISON J. NATHAN
                                                             United States District Judge