UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Levanger Belcher,

              Defendant.

96-cr-789 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defense counsel has indicated that Mr. Belcher does not have access to a method to participate in the proceeding by videoconference. The conference will therefore proceed by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                              ALISON J. NATHAN
                                        United States District Judge